STATE OF CONNECTICUT *v.* STEVE D. NELSON

The defendant's petition for certification for appeal from the Appellate Court, 118 Conn. App. 831 (AC 29895), is denied.

*David J. Reich,* special public defender, in support of the petition.

*Sarah Hanna,* assistant state's attorney, in opposition.

Decided March 3, 2010

ERIK M. PIN ET AL. *v.* DAVID L. KRAMER ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 119 Conn. App. 33 (AC 29314), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the trial court incorrectly failed to give a curative instruction and, if so, was such failure harmful?"

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18572.

*Daniel E. Ryan III,* in support of the petition.

*Lawrence F. Reilly,* in opposition.

Decided March 3, 2010

STATE OF CONNECTICUT *v.* LUIS ALMEDINA

The defendant's petition for certification for appeal from the Appellate Court, 119 Conn. App. 46 (AC 29671), is denied.